## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 3rd day of August, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

Bradford J. Dahly, President
*Corporate Express, Inc.*
901 Park Drive
Melrose Park, IL 60160

*Corporate Express, Inc.*
Attn:  Daniel Basim Habell, Registered Agent
25 East Washington Street, Suite 1500
Chicago, IL 60602-1804

*Corporate Express, Inc.*
Attn:  Cathleen Italia, Registered Agent
1807 Broadway
Melrose Park, IL 60160-2025

_____
Mary E. Augustine (No. 4477)

617344v1